AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Eastern DISTRICT OF Massachusetts

## SUMMONS IN A CIVIL ACTION

Lemmy Oluokun

V.

The Town of Weymouth

CASE NUMBER: 04 12526 RCL

TO: (Name and Address of Defendant) Franklin Fryer, Town Clerk
The Town of Weymouth
75 Middle Street
Weymouth MA 02189

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) Joseph R. Gallitano, Esq.
34 Main St., Ext., Suite 202
Plymouth MA 02360
(508) 746-1500

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE 2004

BY DEPUTY CLERK



Norfolk County Sheriff's Department P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

December 15, 2004

I hereby certify and return that on 12/14/2004 at 1:05PM I served a true and attested copy of the summons, verified complaint and civil action cover sheet, request for jury trial in this action in the following manner: To wit, by delivering in hand to Franklin Fryer, Town Clerk, , person in charge at the time of service for The Town of Weymouth, at 75 Middle Street, Weymouth, MA 02189.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges $46.46

Deputy Sheriff Ronald Goguen

*Deputy Sheriff*

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ *Date* ______ *Signature of Server*

______ *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.