*filed 2/9/05*
*o.s.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN,<br>Plaintiff,<br><br>v.<br><br>TOWN OF WEYMOUTH,<br>Defendant. | C.A. NO. 04-12526-RCL |

## CERTIFICATE OF CLIENT CONSULTATION
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Plaintiff hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
LEMMY OLUOKUN, PLAINTIFF

_____
Joseph R. Gallitano, BBO # 183700
34 Main Street Ext.
Suite 202
Plymouth, MA 02360
(508) 746-1500

Dated: January 25, 2005