filed 2/9/05
D.S.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LEMMY OLUOKUN,            )
      Plaintiff,          )
                       )
v.                     )        C.A. NO. 04-12526-RCL
                       )
TOWN OF WEYMOUTH,      )
      Defendant.       )
                      )

## CERTIFICATE OF CLIENT CONSULTATION
### (PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Defendant hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_David M. Madden_
David M. Madden, Mayor
Town of Weymouth

John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950

Dated: January 11, 2005