UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN | ) |
| Plaintiff, | ) |
| | ) C. A. No. 04-CV-12526-RCL |
| v. | ) |
| | ) |
| THE TOWN OF WEYMOUTH | ) |
| Defendant. | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties in the above-captioned matter move to amend the scheduling order in this case to extend the time to complete depositions, pursuant to Local Rule 16.1(D).

As grounds for their motion, the parties states as follows:

1.     Plaintiff filed this action on December 1, 2004.

2.     The Scheduling Order currently requires that all depositions be completed by October 1, 2005. Additional time is needed to conduct depositions. Both Counsel for the parties are confident that they can notice and complete depositions by November 30, 2005.

3.     Neither the parties nor the Court will suffer any prejudice by this brief amendment of the scheduling order in this case. Rather, amending the tracking order will allow the parties to prepare the case properly, and may narrow or resolve the issues and allow for a more streamlined trial, if trial is necessary. Further, the amendment of the deposition deadline should not affect the deadline of January 1, 2006 for expert witnesses or the deadline of March 1, 2006 for final discovery.

1

WHEREFORE, the parties respectfully request that the Court amend the

scheduling order as set forth above and grant such further relief as the Court deems just

and proper.

Respectfully submitted,


Plaintiff, Lemmy Oluokun                          Defendant, Town of Weymouth,
By his attorney                                   By its Attorney


/s/Joseph R. Gallitano                            /s/Daniel G. Skrip
Attorney Joseph R. Gallitano                      Attorney Daniel G. Skrip
BBO # 183700                                      Pierce, Davis & Perritano, LLP
34 Main St. Ext., Suite 202                       BBO # 629784
Plymouth, MA  02360                               Ten Winthrop Square
(508) 746-1500                                    Boston, MA  02110
                                                  (617) 350-0950


Dated:  September 20, 2005