UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
LEMMY OLUOKUN                          )
              Plaintiff,               )
                                       ) C. A. No. 04-CV-12526-RCL
         v.                            )
                                       )
THE TOWN OF WEYMOUTH                   )
              Defendant.               )
```

## SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-captioned matter move to amend the scheduling order in this case to extend the time to complete depositions, pursuant to Local Rule 16.1(D).

As grounds for their motion, the parties states as follows:

1. Plaintiff filed this action on December 1, 2004.

2. The Amended Scheduling Order currently requires that all depositions be completed by November 30, 2005. Additional time is needed to complete depositions. The deposition of the Plaintiff commenced on October 12, 2005, but was suspended and a second session needs to be rescheduled to complete said deposition. Counsel for the Plaintiff has taken the deposition of one witness and anticipates taking the deposition of at least two more witnesses. Both Counsel for the parties are confident that they can notice and complete depositions by December 30, 2005.

3. Neither the parties nor the Court will suffer any prejudice by this brief amendment of the scheduling order in this case. Rather, amending the tracking order will allow the parties to prepare the case properly, and may narrow or resolve the issues and allow for a more streamlined trial, if trial is necessary. Further, the amendment of the

1

deposition deadline should not affect the deadline of January 1, 2006 for expert witnesses or the deadline of March 1, 2006 for final discovery.

WHEREFORE, the parties respectfully request that the Court amend the scheduling order as set forth above and grant such further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, Lemmy Oluokun<br>By his attorney | Defendant, Town of Weymouth,<br>By its Attorney |
| /s/Joseph R. Gallitano<br>Attorney Joseph R. Gallitano<br>BBO # 183700<br>34 Main St. Ext., Suite 202<br>Plymouth, MA  02360<br>(508) 746-1500 | /s/Daniel G. Skrip<br>Attorney Daniel G. Skrip<br>Pierce, Davis & Perritano, LLP<br>BBO # 629784<br>Ten Winthrop Square<br>Boston, MA  02110<br>(617) 350-0950 |

Dated:  October 24, 2005