UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN )<br>        Plaintiff, )<br> ) C. A. No. 04-CV-12526-RCL<br>        v. )<br> )<br>THE TOWN OF WEYMOUTH )<br>        Defendant. ) | |

## THIRD JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-captioned matter move to amend the scheduling order in this case to extend the time to complete depositions, pursuant to Local Rule 16.1(D).

As grounds for their motion, the parties states as follows:

1. Plaintiff filed this action on December 1, 2004.

2. The Amended Scheduling Order currently requires that all depositions be completed by December 30, 2005. Additional time is needed to complete depositions. The deposition of the Plaintiff commenced on October 12, 2005, but was suspended and Counsel for the Defendant has set a date of January 5, 2006, at 11:00 a.m. to continue the Plaintiff's deposition. Counsel for the Plaintiff has taken the deposition of two witnesses and scheduled the deposition of a third witness for December 19, 2005. However, the witness being deposed has been avoiding service of the subpoena from the Norfolk Deputy Sheriffs office. Therefore, that deposition is being rescheduled for a date in January. In addition, counsel for the Plaintiff, was out of state at a funeral for a member of his immediate family in November, thus having to rearrange his schedule. Both Counsel for the parties are confident that they can notice and complete depositions by

January 30, 2006.

3.   Both parties are aware that the Court ordered that there would be no further continuances when it allowed the Second Joint Motion to Amend Scheduling Order, however the aforesaid circumstances that arose were totally unforeseen.

4.   Neither the parties nor the Court will suffer any prejudice by this brief amendment of the scheduling order in this case.  Rather, amending the tracking order will allow the parties to prepare the case properly, and may narrow or resolve the issues and allow for a more streamlined trial, if trial is necessary.  By extending the discovery period another 30 days or until January 30, 2006, it will amend all deadlines for a 30 day period.

WHEREFORE, the parties respectfully request that the Court amends the scheduling order as set forth above and grant such further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, Lemmy Oluokun<br>By his attorney | Defendant, Town of Weymouth,<br>By its Attorney |
| /s/Joseph R. Gallitano<br>Attorney Joseph R. Gallitano<br>BBO # 183700<br>34 Main St. Ext., Suite 202<br>Plymouth, MA  02360<br>(508) 746-1500 | /s/Daniel G. Skrip<br>Attorney Daniel G. Skrip<br>Pierce, Davis & Perritano, LLP<br>BBO # 629784<br>Ten Winthrop Square<br>Boston, MA  02110<br>(617) 350-0950 |

Dated:  December 15, 2005