UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF WEYMOUTH,<br>    Defendant. | C.A. NO. 04-12526-RCL |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Attorney Daniel G. Skrip, the undersigned, certifies that, pursuant to Local Rule 7.1, he conferred with Plaintiff's counsel to attempt to narrow the issues raised in **Defendant's Motion for Leave to Complete Plaintiff's Deposition**. Unfortunately, there was no narrowing of the issues.



Daniel G. Skrip

Dated: December 30, 2005

I hereby c͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟ copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 12-30-05.