# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

January 17, 2006

Steve York, Clerk
Judge Reginald C. Lindsay
United States District Court
For the District of Massachusetts
John Joseph Moakley, U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:    Lemmy Oluokun v. Town of Weymouth
       C.A. No. 04-CV-12526-RCL

Dear Mr. York:

I am in receipt of the electronic ORDER entered in the above-entitled case on the Defendant's Motion for Leave to Complete Plaintiff's Deposition, (docket entry 11). In the Defendant's Motion, paragraph 6, the Defendant states that they will agree to produce Basam Award for deposition if their Motion is allowed. Please clarify if the Plaintiff is allowed to go forward with the deposition of Basam Award.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano

JRG/pjm

cc:    Daniel G. Skrip, Esq.