UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____

LEMMY OLUOKUN                          )
                    Plaintiff,         )
                                       )  C. A. No. 04-CV-12526-RCL
          v.                           )
                                       )
THE TOWN OF WEYMOUTH                   )
_____Defendant.____)


## JOINT MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE

The parties in the above-captioned matter move to continue the date of the final pre-trial conference schedule for August 24, 2006, at 3:00 p.m.

As grounds for their motion, the parties states as follows:

1.      The parties have scheduled the case for mediation through Commonwealth Mediation and Conciliation, Inc. for August 23, 2006, at 10:00 a.m.

WHEREFORE, the parties respectfully request that the Court continue the Final Pre-Trial Conference pending the results of the Mediation.  The parties will report the Mediation results to the Court following the Mediation in order to either reschedule the Final Pre-Trial Conference if Mediation is not successful or to report the case settled.

Respectfully submitted,


Plaintiff, Lemmy Oluokun                    Defendant, Town of Weymouth,
By his attorney                             By its Attorney


/s/Joseph R. Gallitano                      /s/Daniel G. Skrip
Attorney Joseph R. Gallitano                Attorney Daniel G. Skrip
BBO # 183700                                Pierce, Davis & Perritano, LLP
34 Main St. Ext., Suite 202                 BBO # 629784
Plymouth, MA  02360                         Ten Winthrop Square
(508) 746-1500                              Boston, MA  02110
                                            (617) 350-0950

Dated:  July 21, 2006