# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

**34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360**
**(508) 746-1500    FAX (508) 747-1150**

August 18, 2006

Steve York, Clerk
Judge Reginald C. Lindsay
United States District Court
For the District of Massachusetts
John Joseph Moakley, U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:    Lemmy Oluokun v. Town of Weymouth
          C.A. No. 04-CV-12526-RCL

Dear Mr. York:

This office represents the Plaintiff, Lemmy Oluokun, in connection with the above-referenced matter.  On July 21, 2006, the parties filed a Joint Motion to Continue the Final Pre-Trial Conference scheduled for August 24, 2006, at 3:00 p.m., pending the results of a mediation scheduled for August 23, 2006, at 10:00 a.m. with Commonwealth Mediation and Conciliation, Inc.  The Court allowed said Joint Motion.

The Plaintiff, Lemmy Oluokun, has decided that he no longer wishes to go forward with the scheduled mediation on August 23, 2006, or any other mediation.  Therefore, this letter serves as a request that the Court reschedule the Final Pre-Trial Conference for a date convenient with the Court.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano

JRG/pjm

cc:    Daniel G. Skrip, Esq.
         Lemmy Oluokun