UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
LEMMY OLUOKUN,              )
                Plaintiff,  )
                            )
v.                          )    C.A. NO. 04-12526-RCL
                            )
TOWN OF WEYMOUTH,           )
                Defendant.  )
                            )
```

## DEFENDANT'S LIST OF DIFFICULT OR UNUSUAL NAMES

Pursuant to the **Order for Final Pre-Trial Conference** dated , Defendant provide this list of difficult or unusual names.

| | | |
|---|---|---|
| Jacob Leifman | Connie Thornton | Jackie Ranous |
| David Cawthorne | Basam Awad | Doreen C. Teodorson |
| Shawn Rothman | Maaza Mekuria | |

The Defendant,
TOWN OF WEYMOUTH,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Davis, BBO #115890
Daniel G. Skip, BBO #629784
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: November 7, 2006

I hereby ce[rtify that a tru]e copy of the above docume[nt was] served upon (each party appearing pro [se and]) the attorney of record for each [other] party by mail (by hand) on 11/7/06