UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN             ) | |
|     Plaintiff,     ) | |
| ) | C. A. No. 04-CV-12526-RCL |
| v.     ) | |
| ) | |
| THE TOWN OF WEYMOUTH     ) | |
|     Defendant.     ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes counsel for the Plaintiff, Lemmy Oluokun, in the above-entitled matter and certifies that on January 8, 2007, he conferred with counsel for the Defendant, Daniel G. Skrip, Esq., regarding Motion to Withdraw as Counsel to the Plaintiff, Lemmy Oluokun.

          Respectfully submitted,
          Plaintiff, Lemmy Oluokun

          By his attorney


          */s/Joseph R. Gallitano*
          Attorney Joseph R. Gallitano
          BBO # 183700
          34 Main St. Ext., Suite 202
          Plymouth, MA  02360
          (508) 746-1500

Dated:  January 9, 2007