UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
LEMMY OLUOKUN                        )
            Plaintiff,               )
                                     )  C. A. No. 04-CV-12526-RCL
            v.                       )
                                     )
THE TOWN OF WEYMOUTH                 )
            Defendant.               )
_____
```

## MOTION TO CONTINUE TRIAL

Now comes Plaintiff's counsel in the above-captioned matter and moves to continue the trial scheduled to begin on January 29, 2007.

As grounds for his motion, counsel states as follows:

1. The parties conducted an unsuccessful Mediation through ADR on Wednesday, December 20, 2007.

2. A trial date for January 29, 2007, was set at the Final Pre-Trial Conference on November 8, 2006.

3. Since the mediation of this matter there has been an irretrievable breakdown of the attorney/client relationship between the Plaintiff and Plaintiff's Attorney, Joseph R. Gallitano. A separate Motion to Withdraw as Counsel has been filed.

4. The Plaintiff will need additional time to either prepare himself for trial or retain new Counsel to represent him at trial.

5. If counsel is not permitted to withdraw, his current case load and court appearances no longer permit him sufficient time to prepare for trial and attempt to restore the attorney/client relationship with the Plaintiff at the same time making a continuance for a reasonable period of time necessary.

6.  There has been no previous request or continuance of this matter prior to this request for a continuance of the trial.

WHEREFORE, the Plaintiff requests the Court reschedule the trial to a date convenience to all parties.

                                                Respectfully submitted,
                                                Plaintiff, Lemmy Oluokun

                                                By his attorney

                                                */s/Joseph R. Gallitano*
                                                Attorney Joseph R. Gallitano
                                                BBO # 183700
                                                34 Main St. Ext., Suite 202
                                                Plymouth, MA  02360
                                                (508) 746-1500

Dated:  January 9, 2007

## CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record by regular mail, postage prepaid and upon the Plaintiff, Lemmy Oluokun by regular mail and certified mail return receipt this 9th day of January, 2007.

                                                */s/ Joseph R. Gallitano*
                                                Joseph R. Gallitano