UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN ) | |
| Plaintiff, ) | |
| ) | C. A. No. 04-CV-12526-RCL |
| v. ) | |
| ) | |
| THE TOWN OF WEYMOUTH ) | |
| Defendant. ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Now comes counsel for the Plaintiff, Lemmy Oluokun, in the above-entitled matter and certifies that on January 8, 2007, he conferred with counsel for the Defendant, Daniel G. Skrip, Esq., regarding Plaintiff's Motion to Continue Trial.

        Respectfully submitted,
        Plaintiff, Lemmy Oluokun

        By his attorney

        */s/Joseph R. Gallitano*
        Attorney Joseph R. Gallitano
        BBO # 183700
        34 Main St. Ext., Suite 202
        Plymouth, MA 02360
        (508) 746-1500

Dated: January 9, 2007