UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
LEMMY OLUOKUN,                          )
        Plaintiff,                      )
                                        )
v.                                      )        C.A. NO. 04-12526-RCL
                                        )
TOWN OF WEYMOUTH,                       )
        Defendant.                      )
_____)
```

## CERTIFICATE OF SERVICE RE:  NOTICE TO CLIENT
## THAT HE MUST APPEAR AT HEARING ON MONDAY, JANUARY 22, 2007

The Joseph R. Gallitano, attorney of record for the Plaintiff, hereby certifies that I have

notified the Plaintiff, Lemmy Oluokon, that the Court has ordered that he be present at the

hearing on counsel's Motion to Withdraw Appearance scheduled for Monday, January 22, 2007,

at 2:30 p.m. in Courtroom 11, by e-mail, regular mail and by leaving a telephone message on the

Plaintiff's cell phone, which is the only phone number provided to counsel.


*/s/ Joseph R. Gallitano*
Joseph R. Gallitano, BBO # 183700
34 Main Street Ext., Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:  January 18, 2007