UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN | ) |
| Plaintiff, | ) |
| | ) C. A. No. 04-CV-12526-RCL |
| v. | ) |
| | ) |
| THE TOWN OF WEYMOUTH | ) |
| Defendant. | ) |

## STATUS MEMO

Pursuant to Judge Lindsay's Order dated January 23, 2007, the following is an update as to the progress made in assisting the Plaintiff, Lemmy Oluokun, in securing new counsel so the current counsel, Joseph R. Gallitano, can withdraw from the case.

1.      On Thursday, February 2, 2007, Attorney Gallitano arranged a consultation between Attorney Robert Mendillo of the law firm Sally & Fitch, One Beacon Street, Boston, MA to discuss Mr. Oluokun's case. Attorney Gallitano introduced Mr. Oluokun and Mr. Mendillo and then left the meeting. Attorney Mendillo and Mr. Oluokun met for approximately 1 ½ hours. Mr. Mendillo was interested in the case. He estimated preparation and trial time at approximately 100 hours and his firm charges $300.00 per hour. He informed Mr. Oluokun that he would have to post a $30,000.00 retainer in order for his firm to go forward in representing him. As of the date of this filing I have not had any definitive communication from Mr. Oluokun as to whether he would retain Attorney Mendillo and his firm, Sally & Fitch, but he indicated verbally he was not likely to do so.

2.      On February 5, 2007, I e-mailed and mailed a letter to Mr. Oluokun indicating that I was contacted by David S. Godkin, Esq. an attorney that Mr. Oluokun had contacted concerning his case. Mr. Godkin indicted to me that he was not personally

1

interested in taking on Mr. Oluokun's case, but did recommend the Lawyers' Committee for Civil Rights of which he is the Vice Chairman.  I enclosed information concerning that organization with the letter of February 5, 2007.

3.    Mr. Oluokun has notified me that he has been in touch with the Lawyers' Committee for Civil Rights and was informed it would take two to three weeks for them to respond to his inquiry.

4.    In addition, Mr. Oluokun has informed me that he has contacted other attorneys, but so far has not been able to secure new counsel willing to take his case on a Contingent Fee Agreement.

5.    In addition, Attorney Gallitano is still trying to contact other attorneys he believes may be interested in representing Mr. Oluokun at trial.

The Plaintiff requests that the Court allow additional time for Plaintiff to acquire successor counsel and suggests an updated Status Memo be filed on March 14, 2007.

Respectfully submitted,

Plaintiff, Lemmy Oluokun

By his attorney

*/s/Joseph R. Gallitano*
Joseph R. Gallitano
BBO # 183700
34 Main St. Ext., Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:  February 12, 2007

2