UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN ) | |
| Plaintiff, ) | |
| ) | C. A. No. 04-CV-12526-RCL |
| v. ) | |
| ) | |
| THE TOWN OF WEYMOUTH ) | |
| Defendant. ) | |

## SECOND STATUS MEMO

Pursuant to Judge Lindsay's Order dated March 6, 2007, the following is the Plaintiff's Second Status Memo, in regards to retaining new counsel.

1. As reported in the February 12, 2007, Status Memo, the Plaintiff, met with Attorney Robert Mendillo of the law firm Sally & Fitch. The Plaintiff has decided not to retain Attorney Robert Mendillo and Sally & Fitch. I believe his decision is based upon the retainer that he would be required to post before Sally & Fitch would agree to take the case to trial.

2. Mr. Oluokun contacted the Lawyers' Committee for Civil Rights. The Committee notified him that they were not willing to take his case to trial.

3. Mr. Oluokun has informed me that he has been in contact with a couple of other lawyers, but I have not heard from them, nor has he supplied me with their names or phone numbers. Mr. Oluokun indicated he would be meeting with two attorneys this week, one yesterday evening and will meet with another attorney today.

4. Attorney Gallitano has consulted with two other attorneys, but they will not take on this type of case at this stage of litigation without a significant retainer being

paid. Mr. Oluokun wants the case handled on a contingent fee basis and no firm is willing to make those arrangements, at present.

The Plaintiff requests that the Court allow a further extension to April 30, 2007, for the Plaintiff to hopefully acquire successor counsel.

Attorney Gallitano can provide a letter under seal, concerning his availability, updating his correspondence under seal to the Court, dated January 22, 2007, at the request of the Court.

> Respectfully submitted,
>
> Lemmy Oluokun, Plaintiff,
>
> By his attorney
>
> */s/ Joseph R. Gallitano*
> Joseph R. Gallitano
> BBO # 183700
> 34 Main St. Ext., Suite 202
> Plymouth, MA  02360
> (508) 746-1500

Dated: March 14, 2007