# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500     FAX (508) 747-1150

May 1, 2007

**Electronically Filed**
Judge Reginald C. Lindsay
United States District Court
For the District of Massachusetts
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:     Lemmy Oluokun v. Town of Weymouth, C.A. No. 04-12526-RCL

Dear Judge Lindsay:

I hereby request a second status conference regarding the above-entitled matter in order to apprise the Court of my medical status as well as Plaintiff, Lemmy Oluokun's efforts to obtain successor counsel.

Very truly yours,

*Joseph R. Gallitano*

Joseph R. Gallitano

JRG/pjm

Enclosures

cc:     Daniel G. Skrip, Esq.
        Lemmy Oluokun, Via E-Mail and Regular Mail