UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE TOWN OF WEYMOUTH<br>　　　　Defendant. | )<br>)<br>) C. A. No. 04-CV-12526-RCL<br>)<br>)<br>)<br>) |

### PLAINTIFF STATUS MEMO

Pursuant to Judge Lindsay's Order dated March 6, 2007, the following is the Plaintiff's Status Memo, in regards to finding and retaining new counsel.

1.　　I, Lemmy Oluokun as the Plaintiff in this matter have contacted several Attorneys who declined to take the case at this current stage of this case for one reason or the other. I have also met and consulted with counsels who were very interested to take the case on a contingency basis with a smaller retainer fee but however, after having communicated with my current counsel, Attorney Joseph Gallitano, they have had a change of mind. Why? I do not understand.

The Plaintiff requests and pleads that the Court allows a further extension for the Plaintiff to hopefully acquire successor counsel. The Plaintiff is very concerned about the quality of representation with regards to this situation at this time.

Respectfully submitted,

Lemmy Oluokun, Plaintiff,

*[signature]*

/s/ Lemmy Oluokun
Lemmy Oluokun
Box 2914
Brockton, MA 02305
fixlinux@lycos.com

Dated: May 21, 2007