UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　) C. A. No. 04-CV-12526-RCL<br>　　v. )<br>　　　　　　　　　　　　　)<br>THE TOWN OF WEYMOUTH )<br>　　　　Defendant. ) | |

### THIRD STATUS MEMO

　　Pursuant to Judge Lindsay's Order dated May 1, 2007, scheduling a third status conference, the following is the Plaintiff's Third Status Memo, in regards to retaining new counsel.

　　1.　　As reported in the February 12, 2007, Status Memo, the Plaintiff, met with Attorney Robert Mendillo of the law firm Sally & Fitch. The Plaintiff has decided not to retain Attorney Robert Mendillo and Sally & Fitch. I believe his decision is based upon the retainer that he would be required to post before Sally & Fitch would agree to take the case to trial.

　　2.　　Mr. Oluokun contacted the Lawyers' Committee for Civil Rights. The Committee notified him that they were not willing to take his case to trial.

　　3.　　Mr. Oluokun has consulted with the following attorneys, of whom to my knowledge he has not retained or they have not been willing to take the case. In addition, Attorney Gallitano has had telephone conferences concerning Mr. Oluokun's case with each of these attorneys: Tom Guiney, Esq., David M. Bae, Esq., Attorney Alicia McNeil, Attorney Dana Johnson, Evans J. Carter, Esq. and David Stillman, Esq.

1

4.   Attorney Gallitano has consulted with two other attorneys, but they will not take on this type of case at this stage of litigation without a significant retainer being paid. Mr. Oluokun wants the case handled on a contingent fee basis and no firm is willing to make those arrangements, at present.

The Plaintiff requests that the Court allow a further extension of an additional sixty (60) days, for the Plaintiff to acquire successor counsel.

Attorney Gallitano can provide a letter under seal, concerning his availability, updating his correspondence under seal to the Court, dated January 22, 2007, at the request of the Court.

                Respectfully submitted,

                Lemmy Oluokun, Plaintiff,

                By his attorney

                _____
                Joseph R. Gallitano
                BBO # 183700
                34 Main St. Ext., Suite 202
                Plymouth, MA  02360
                (508) 746-1500

Dated: May 21, 2007