UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LEMMY OLUOKUN,<br>　　　Plaintiff, | )<br>)<br>)<br>) | <br><br>C.A. No. 04-12526-RCL |
| v. | )<br>) |  |
| TOWN OF WEYMOUTH,<br>　　　Defendant. | )<br>)<br>) |  |

**ENTRY OF APPEARANCE**

　　　NOW COMES Jill E. Goodman and enters her Appearance on behalf of the Plaintiff, Lemmy Oluokun, in the above-entitled matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jill E. Goodman
　　　　　　　　　　　　　　　　　　　Jill E. Goodman (653938)
　　　　　　　　　　　　　　　　　　　STILLMAN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　51 Mill Street, Suite 5
　　　　　　　　　　　　　　　　　　　Hanover, MA 02339
　　　　　　　　　　　　　　　　　　　(781) 829-1077
　　　　　　　　　　　　　　　　　　　F:  (781) 829-2077

**CERTIFICATE OF SERVICE**

　　　I, Jill E. Goodman, attorney for Lemmy Oluokun, hereby certify that on this date, June 18, 2007, I caused a copy of said document to be sent to all counsel of record via electronic service as mandated by the United States District Court, District of Massachusetts.

　　　　　　　　　　　　　　　　　　　/s/ Jill E. Goodman
　　　　　　　　　　　　　　　　　　　Jill E. Goodman