UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN )<br>           Plaintiff,       )<br>                              ) C. A. No. 04-CV-12526-RCL<br>          v.            )<br>                              )<br>THE TOWN OF WEYMOUTH )<br>           Defendant.  ) | |

**MOTION TO WITHDRAW AS COUNSEL**
**TO THE PLAINTIFF, LEMMY OLUOKUN**

    Now comes Joseph R. Gallitano, counsel to the Plaintiff, Lemmy Oluokun, and moves this Honorable Court to withdraw as counsel to the Plaintiff.  As grounds therefore, Counsel states that since the filing of his first Motion to Withdraw on January 9, 2007 and the Court order of March 6, 2007, the Plaintiff has retained Attorney David H. Stillman, Stillman & Associates, 51 Mill St., Hanover MA  02339.  Attorney Stillman will file his appearance.  Attorney Gallitano will file his withdrawal with the within Motion for allowance by the Court.

    Wherefore, Counsel for the Plaintiff requests that this Honorable Court grant his Motion to Withdraw as Counsel to the Plaintiff, Lemmy Oluokun.

    Respectfully submitted,

*/s/ Joseph R. Gallitano*
Joseph R. Gallitano, BBO 183700
Attorney for the Plaintiff
34 Main St., Ext., Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:  June 18, 2007

## **CERTIFICATE OF SERVICE**

       I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record by regular mail, postage prepaid and upon the Plaintiff, Lemmy Oluokun by regular mail and certified mail return receipt this 15[h] day of January, 2007.

                                  /s/ *Joseph R. Gallitano*  
                                  Joseph R. Gallitano