UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN | ) |
|        Plaintiff, | ) |
| | ) C. A. No. 04-CV-12526-RCL |
|        v. | ) |
| | ) |
| THE TOWN OF WEYMOUTH | ) |
|        Defendant. | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes counsel for the Plaintiff, Lemmy Oluokun, in the above-entitled matter and certifies that on June 18, 2007, he conferred with counsel for the Defendant, Daniel G. Skrip, Esq., regarding Motion to Withdraw as Counsel to the Plaintiff, Lemmy Oluokun.

                                                Respectfully submitted,
                                                Plaintiff, Lemmy Oluokun

                                                By his attorney

                                                */s/Joseph R. Gallitano*
                                                Attorney Joseph R. Gallitano
                                                BBO # 183700
                                                34 Main St. Ext., Suite 202
                                                Plymouth, MA  02360
                                                (508) 746-1500

Dated:  June 18, 2007