UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEMMY OLUOKUN | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 04-CV-12526-RCL |
| v. | ) | |
| | ) | |
| THE TOWN OF WEYMOUTH | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL AS COUNSEL
### TO THE PLAINTIFF, LEMMY OLUOKUN

Now comes Joseph R. Gallitano, counsel to the Plaintiff, Lemmy Oluokun, and

hereby files his Notice of Withdrawal as Counsel to the Plaintiff, Lemmy Oluokun.

Respectfully submitted,

Joseph R. Gallitano, BBO 183700
Attorney for the Plaintiff
34 Main St., Ext., Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:  June 18, 2007

### CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within
Notice of Withdrawal as Counsel to the Plaintiff, upon all counsel of record by regular
mail, postage prepaid and upon the Plaintiff, Lemmy Oluokun by regular mail and e-mail
this 18th day of June, 2007.

Joseph R. Gallitano