UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN,          )  <br>         Plaintiff,          )  <br>                                  )          C.A. No. 04-12526-RCL <br> v.                              )  <br>                                  )  <br> TOWN OF WEYMOUTH, )  <br>         Defendant.         ) | |

### ENTRY OF APPEARANCE

      NOW COMES David H. Stillman and enters his Appearance on behalf of the Plaintiff, Lemmy Oluokun, in the above-entitled matter.

                              Respectfully submitted,

                              _/s/ David H. Stillman_
                              David H. Stillman BBO# 555554
                              STILLMAN & ASSOCIATES, P.C.
                              51 Mill Street, Suite 5
                              Hanover, MA 02339
                              (781) 829-1077
                              F:  (781) 829-2077

### CERTIFICATE OF SERVICE

      I, David H. Stillman, attorney for Lemmy Oluokun, hereby certify that on this date, June 19, 2007, I caused a copy of said document to be sent to all counsel of record via electronic service as mandated by the United States District Court, District of Massachusetts.

                              /s/ David H. Stillman
                              David H. Stillman