UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN,          )<br>          Plaintiff,   )<br>                           )<br>v.                         )<br>                           )<br>TOWN OF WEYMOUTH,   )<br>          Defendant.  )<br>                           ) | C.A. NO. 04-12526-RCL |

### DEFENDANT'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)

Pursuant to the Rule 26(a)(3) of the Federal Rules of Civil Procedure, the defendant, Town of Weymouth, hereby makes the following pretrial disclosures:

(A)     Witnesses

   (1)  Defendant expects to present:

   Bassem Awad
   Department of Public Works
   120 Winter Street
   Weymouth, MA 02188
   (781) 337-5100

   Kevin J. Bulman
   Department of Municipal Licenses and Inspections
   Weymouth Town Hall
   75 Middle Street
   East Weymouth, MA 02189
   (781) 335-2000

   David Cawthorne
   360 Pleasant Street
   Weymouth, MA
   (781) 340-2548

   Michael Kelliher
   Brattleboro Memorial Hospital
   17 Belmont Avenue
   Brattleboro, VT 05301
   (802) 257-0341

David Leary
Municipal Finance Department
Weymouth Town Hall
75 Middle Street
East Weymouth, MA 02189
(781) 340-5011

Jacob Leifman
Bitwise Internet Technologies, Inc.
22 Drydock Avenue
Boston, MA 02210
(617) 512-1024

James Limbey
57 Lambert Avenue
Stoughton, MA
(781) 340-5011

Maaza C. Mekuria
15 Rogers Avenue, #1
Somerville, MA 02144
(617) 996-9164

Connie Thornton
15 Caldwell St
North Weymouth, MA 02191-2112
(781) 337-5871

(2) Defendant may call if the need arises:

Boston Global Institute (Keeper of Records)
581 Boylston Street, Suite #707
Boston, MA 02116
(617) 783-0696

Town of Brookline (Keeper of Records)
333 Washington Street
Brookline, MA 02445
(617) 730-2200

Denise Coleman
Human Resources Department
Weymouth Town Hall
75 Middle Street
East Weymouth, MA 02189
(781) 340-5010

Mabel Ericson
82 Randall Ave
East Weymouth, MA 02189-2021
(781) 337-8667

Kenneth Harrison
Weymouth Police Department
140 Winter Street
Weymouth, MA 02188
(781) 335-1212

The Honorable David M. Madden, Mayor
Weymouth Town Hall
75 Middle Street
East Weymouth, MA 02189
(781) 335-2000

Jacqueline Ranous
120 Spruce Street
Abington, MA
(508) 759-8250

Shawn Rothman
Information Technology Department
Weymouth Town Hall
75 Middle Street
East Weymouth, MA 02189
(781) 340-5011

Doreen C. Teodorson
Department of Municipal Licenses and Inspections
Weymouth Town Hall
75 Middle Street
East Weymouth, MA 02189
(781) 335-2000

The defendant reserves the right to call other rebuttal witnesses at the time of trial. Further, based on the representations of plaintiff's counsel, the defendant has not listed Jonathan Snodgrass and John Kratman as witnesses. The defendant reserves the right to call the same as witnesses should plaintiff fail to do so.

(B)     <u>Witnesses Whose Testimony Will be Provided Through Deposition</u>

None.

(C)     <u>Documents or Other Exhibits</u>

(1) Defendant expects to offer:

1.  Plaintiff's resume (with detailed experience);
2.  Job Description regarding plaintiff's former position;
3.  Weymouth's EEO/AA policy;
4.  Memo dated February 16, 2001 from Michael Kelliher to all department heads regarding EEO/AA policy;
5.  Memo dated February 7, 2002 from Kelliher to all department heads regarding EEO/AA policy;
6.  Memo dated September 22, 2003 from Kelliher to all department heads regarding EEO/AA;
7.  Letter from Michael Bliss (Pinnacle Training) to James Limbey dated November 14, 2003;
8.  Plaintiff's employment application;
9.  Job posting;
10. Electronic correspondence from Limbey to Bliss (Pinnacle Training) dated April 11, 2001;
11. Electronic correspondence from David Cawthorne to Limbey dated July 24, 2002;
12. Electronic correspondence from Limbey to plaintiff dated February 11, 2002;
13. Electronic correspondence between Stephen Smith and Jacob Leifman dated November 7, 2002;
14. Electronic correspondence from Limbey to plaintiff dated April 3, 2002;
15. Electronic correspondence from Limbey to Cawthorne dated April 28, 2002.

(2) Defendant may offer if the need arises:

1.  Excerpts from plaintiff's diary (2001-2003).

     The defendant reserves the right to offer other documents and exhibits in rebuttal at the time of trial.

                              The Defendant,
                              TOWN OF WEYMOUTH,
                              By its attorneys,

                              **PIERCE, DAVIS & PERRITANO, LLP**

                              _/s/ John J. Davis_
                              John J. Davis, BBO #115890
                              Daniel G. Skrip, BBO #629784
                              Ten Winthrop Square
                              Boston, MA 02110
                              (617) 350-0950

Dated: September 14, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of September, 2007.

                              _/s/ John J. Davis_
                              John J. Davis, BBO #115890
                              10 Winthrop Square
                              Boston, MA 02110
                              (617) 350-0950