UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEMMY OLUOKUN,<br>　　Plaintiff,<br>v.<br><br>TOWN OF WEYMOUTH,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 04-12526-RCL |

**PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)**

　　Pursuant to the Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Plaintiff, Lemmy Oluokun, hereby makes the following pretrial disclosures:

A.　Witnesses

　　1.　Plaintiff expects to present:

　　　James Limbey
　　　57 Lambert Avenue
　　　Stoughton, MA
　　　781-341-5011

　　　Lemmy Oluokun
　　　P.O. Box 2914
　　　Brockton, MA
　　　781-964-6722

　　　Peter Ammon
　　　Commonwealth ITD
　　　200 Arlington Street
　　　Chelsea, MA
　　　617-293-6610

　　　Jon Snodgrass
　　　9 Wedgewood Drive
　　　Cumberland, RI
　　　401-333-2076

      Lisa Biasi
      27 Tran Street
      Dorchester, MA
      617- 877-7659

  2. Plaintiff may present:

      John Kratman
      Commonwealth ITD
      200 Arlington Street
      Chelsea, MA
      617-293-6610

B. <u>Witnesses Whose Testimony Will Be Provided Through Deposition:</u>

  None.

C. <u>Documents Or Other Exhibits:</u>

  1. Defendant expects to offer:

    a. Plaintiff's Resume (with detailed experience);
    b. Job Description regarding Plaintiff's Former Position;
    c. Plaintiff's Employment Application;
    d. Job Posting;
    e. Emails at Town of Weymouth;
    f. Termination Letter;
    g. Graduation Certificate of Wentworth Institute of Technology;
    h. Evaluation Reports from Commonwealth of Massachusetts, ITD;
    i. Samples of Technical Journals;
    j. Job Description of Network Administrator for Town of Weymouth;
    k. Town of Weymouth Budget Report; and
    l. Training Materials and Requests.

  2. Plaintiff may offer:

    a. Excerpts from Lemmy Oloukun's Professional Diaries;
    b. Check stubs for Lemmy Looking from Town of Weymouth

The Plaintiff reserves the right to offer other documents and exhibits in rebuttal at the time of trial.

          Respectfully submitted
          LEMMY OLUOKUN,
          By his Attorneys,


          _/s/ David H. Stillman_____
          David H. Stillman (BBO# 555554)
          Jill E. Goodman (BBO# 653938)
          **STILLMAN & ASSOCIATES, P.C.**
          51 Mill Street, Suite 5
          Hanover, MA 02339
          Telephone:   781- 829-1077
          Facsimile:    781- 829-2077

Date: September 25, 2007

## CERTIFICATE OF SERVICE

    I, David H. Stillman, attorney for Lemmy Oluokun, hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this September 25, 2007.


          _/s/ David H. Stillman_____
           David H. Stillman, Esq.  (BBO# 555554)