UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEMMY OLUOKUN,<br>  Plaintiff,<br>v.<br><br>TOWN OF WEYMOUTH,<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 04-12526-RCL |

**PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)**

Pursuant to the Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Plaintiff, Lemmy Oluokun, hereby makes the following pretrial disclosures:

A. <u>Witnesses</u>

  1. Plaintiff expects to present:

   James Limbey
   57 Lambert Avenue
   Stoughton, MA
   781-341-5011

   Lemmy Oluokun
   P.O. Box 2914
   Brockton, MA
   781-964-6722

   Peter Ammon
   Commonwealth ITD
   200 Arlington Street
   Chelsea, MA
   617-293-6610

   Jon Snodgrass
   9 Wedgewood Drive
   Cumberland, RI
   401-333-2076

        Lisa Biasi
        27 Tran Street
        Dorchester, MA
        617- 877-7659

  2. Plaintiff may present:

        John Kratman
        Commonwealth ITD
        200 Arlington Street
        Chelsea, MA
        617-293-6610

B. **Witnesses Whose Testimony Will Be Provided Through Deposition:**

  None.

C. **Documents Or Other Exhibits:**

  1. Defendant expects to offer:

    a. Plaintiff's Resume (with detailed experience);
    b. Job Description regarding Plaintiff's Former Position;
    c. Plaintiff's Employment Application;
    d. Job Posting;
    e. Emails at Town of Weymouth;
    f. Termination Letter;
    g. Graduation Certificate of Wentworth Institute of Technology;
    h. Evaluation Reports from Commonwealth of Massachusetts, ITD;
    i. Samples of Technical Journals;
    j. Job Description of Network Administrator for Town of Weymouth;
    k. Town of Weymouth Budget Report; and
    l. Training Materials and Requests.

  2. Plaintiff may offer:

    a. Excerpts from Lemmy Oloukun's Professional Diaries;
    b. Check stubs for Lemmy Looking from Town of Weymouth

The Plaintiff reserves the right to offer other documents and exhibits in rebuttal at the time of trial.

        Respectfully submitted
        LEMMY OLUOKUN,
        By his Attorneys,


        _/s/ David H. Stillman_____
        David H. Stillman (BBO# 555554)
        Jill E. Goodman (BBO# 653938)
        **STILLMAN & ASSOCIATES, P.C.**
        51 Mill Street, Suite 5
        Hanover, MA 02339
        Telephone:   781- 829-1077
        Facsimile:    781- 829-2077


Date: September 25, 2007

## CERTIFICATE OF SERVICE

    I, David H. Stillman, attorney for Lemmy Oluokun, hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this September 25, 2007.


        _/s/ David H. Stillman_____
        David H. Stillman, Esq.  (BBO# 555554)