UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LEMMY OLUOKUN, | ) | |
| Plaintiff, | ) | C.A. NO. 04-12526-RCL |
| v. | ) | |
| | ) | |
| TOWN OF WEYMOUTH, | ) | |
| Defendant. | ) | |

### PLAINTIFF'S PRETRIAL OBJECTIONS PURSUANT TO RULE 26(a)(3)

Pursuant to the Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Plaintiff, Lemmy Oluokun, hereby makes the following objections to defendant's pretrial disclosures:

Plaintiff objects to any exhibit that is introduced without proper foundation and does not waive an objection on the basis of hearsay. Furthermore, plaintiff objects to the following specific exhibits:

1.   Job description regarding plaintiff's former position.
Objection: Lack of foundation.

2.   Letter from Michael Bliss (Pinnacle Training) to James Limby dated November 14, 2003.
Objection: Lack of foundation and relevance.

3.   Excerpts from plaintiff's diary (2001-2003)
Objection: Defendant has not designated which portions of the diary it intends to introduce and the purpose.  Plaintiff reserves its rights once this is made clear.

                                            Respectfully submitted
                                            LEMMY OLUOKUN,
                                            By his Attorneys,

                                             /s/ David H. Stillman_____
                                            David H. Stillman (BBO# 555554)
                                            Jill E. Goodman (BBO# 653938)
                                            **STILLMAN & ASSOCIATES, P.C.**
                                            51 Mill Street, Suite 5
                                            Hanover, MA 02339
                                            Telephone:   781- 829-1077
                                            Facsimile:   781- 829-2077

Date: October 1, 2007

2

CERTIFICATE OF SERVICE

    I, David H. Stillman, attorney for Lemmy Oluokun, hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this October 1, 2007.

                                      /s/ David H. Stillman
                                      David H. Stillman, Esq.  (BBO# 555554)