UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LEMMY OLUOKUN, | ) | |
| Plaintiff, | ) | C.A. NO. 04-12526-RCL |
| v. | ) | |
|  | ) | |
| TOWN OF WEYMOUTH, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL PRETRIAL DISCLOSURES
PURSUANT TO RULE 26(a)(3)**

Pursuant to the Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Plaintiff, Lemmy Oluokun, hereby makes the following supplemental pretrial disclosure. Plaintiff adopts its Pretrial Disclosure previously made and supplements with the following exhibit:

Plaintiff intends to offer the two Personnel Action Forms produced by the town of Weymouth with their production of documents; effective 11/5/2002 and 6/30/2003.

Respectfully submitted
LEMMY OLUOKUN,
By his Attorneys,

 /s/ David H. Stillman
David H. Stillman (BBO# 555554)
Jill E. Goodman (BBO# 653938)
**STILLMAN & ASSOCIATES, P.C.**
51 Mill Street, Suite 5
Hanover, MA 02339
Telephone:   781- 829-1077
Facsimile:    781- 829-2077

Date: October 2, 2007

CERTIFICATE OF SERVICE

I, David H. Stillman, attorney for Lemmy Oluokun, hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this October 2, 2007.

 /s/ David H. Stillman
David H. Stillman, Esq.  (BBO# 555554)