UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
LEMMY OLUOKUN,                 )
              Plaintiff,       )
                               )
v.                             )   C.A. NO. 04-12526-RCL
                               )
TOWN OF WEYMOUTH,              )
              Defendant.       )
                               )
_____)
```

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The defendant, Town of Weymouth, hereby submits the following proposed inquiries for jury voir dire:

1. Have you, or has a member of your family, ever been a victim of workplace discrimination based on race, ethnic origin, gender, handicap or age?

2. Have you, or has a member of your family, ever made a claim or filed a lawsuit against an employer or co-worker for workplace discrimination based on race, ethnic origin, gender, handicap or age?

3. Have you ever been a party to a lawsuit?

4. This is a lawsuit brought by a black man who claims he was demoted, then laid off, because of his race. Do you believe that, if a black man is demoted or laid off, it is more likely because of his race than because of his job performance or some other legitimate business reason?

5. Have you ever held a position where you were the boss or supervisor of other employees?

6. If so, have you ever had to demote or lay off an employee for issues relating to his or her job performance, or because of budgetary constraints?

7. Have you, or has a member of your family, ever worked in a racially hostile environment?

8.  Have you, or has a member of your family, ever been the victim of a racially-hostile workplace?

9.  Have you, or has a member of your family, ever sued a municipality?

10. Were you, or any member of your family, involuntarily separated from any employment within the past 18 months?

The Defendant,<br>
TOWN OF WEYMOUTH,<br>
By its attorneys,<br>
<br>
**PIERCE, DAVIS & PERRITANO, LLP**<br>
<br>
/s/ John J. Davis<br>
John J. Davis, BBO #115890<br>
Daniel G. Skrip, BBO #629784<br>
Ten Winthrop Square<br>
Boston, MA 02110<br>
(617) 350-0950

Date:  October 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of October, 2007.

/s/  John J. Davis<br>
John J. Davis, BBO #115890<br>
10 Winthrop Square<br>
Boston, MA 02110<br>
(617) 350-0950