UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEMMY OLUOKUN, ) | |
|     Plaintiff, ) | C.A. NO. 04-12526-RCL |
| v. ) | |
| TOWN OF WEYMOUTH, ) | |
|     Defendant. ) | |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, Lemmy Oluokun, hereby submits the following proposed inquiries for jury voir dire:

1. Were you raised in any particular way on the subject of whether it was right or wrong to discriminate against people based upon their race?

2. Did your parents have any particular prejudice or bias against people of any race?

3. Do you think you grew up with any bias against people of any race?

4. Were you raised in a racially-integrated neighborhood?

5. What were your experiences in that neighborhood or with people who lived in the neighborhood who were of a different race?

6. Is the neighborhood you live in now integrated?

7. Have you had any bad experiences with people of a particular race?

8. Was the school you attended integrated?

9. What were your experiences with people of a given race at school?

10. Is the place where you work integrated?

11. Have you had any negative experiences in the workplace with people of a certain race?

12. What are your feelings about Affirmative Action?

     13.    Do you have any feeling that people of a given race are less competent at their jobs than other people?

     14.    Do you have any feeling that people of any race are lazier at their jobs than other people?

     15.    Do you have any feeling that people of any race are less trustworthy at their jobs than other people?

                    Respectfully submitted
                    LEMMY OLUOKUN,
                    By his Attorneys,

                    /s/ David H. Stillman_____
                    David H. Stillman (BBO# 555554)
                    Jill E. Goodman (BBO# 653938)
                    **STILLMAN & ASSOCIATES, P.C.**
                    51 Mill Street, Suite 5
                    Hanover, MA 02339
                    Telephone:   781- 829-1077
                    Facsimile:    781- 829-2077

Date: October 25, 2007

## CERTIFICATE OF SERVICE

     I, David H. Stillman, attorney for Lemmy Oluokun, hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this October 25, 2007.

                    /s/ David H. Stillman_____
                    David H. Stillman, Esq.  (BBO# 555554)