UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEMMY OLUOKUN,<br>                Plaintiff, | )<br>)<br>) | |
| v. | ) | C.A. NO. 04-12526-RCL |
| TOWN OF WEYMOUTH,<br>                Defendant. | )<br>)<br>)<br>) | |

## REVISED STIPULATED FACTS

The parties hereby agree and stipulate to the following facts:

1. The plaintiff, Lemmy Oluokun, is a black male, whose national origin is African.

2. On April 9, 2001, the plaintiff was hired by the defendant, Town of Weymouth, as a LAN/WAN Network Administrator, with a starting salary of $73,035.56.

3. In addition to holding several Certificates of Achievement in Microsoft Windows, the plaintiff holds a Bachelor of Science degree in Electronic Engineering from Wentworth Institute of Technology and is a Microsoft Certified Systems Engineer.

4. By November 2002, the plaintiff's salary had been increased to $77,286.62.

5. In November 2002, the plaintiff's salary was cut to $40,553.67, although he was still required to work full time. Plaintiff remained a full-time employee of the Town of Weymouth until the date of his termination, June 30, 2003.

6. On June 30, 2003, the Town of Weymouth eliminated plaintiff's position, citing state budget reductions in local aid. Previously, on July 1, 2002, the Town had temporarily rehired three retired white employees, on a part-time basis, who had reached the age of retirement and were receiving their municipal pensions, to work in the IT Department.

7. During this time period, plaintiff was asked to quit and, on June 30, 2003, was ultimately

terminated. Prior to plaintiff's termination, the Town hired two full-time employees – Shawn Rothman and Yvonne Bruce – to replace two of the three retirees. Mr. Rothman and Ms. Boyce are white. Shawn Rothman was promoted to LAN/WAN Network Administrator on July 1, 2006.

8. The Town of Weymouth issued no written warnings or written evaluations to the plaintiff during his employment regarding his job performance or lack of technical abilities.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, LEMMY OLUOKUN, | Defendant, TOWN OF WEYMOUTH, |
| By his attorneys, | By its attorneys, |
| **STILLMAN & ASSOCIATES, P.C.** | **PIERCE, DAVIS & PERRITANO, LLP** |
| _____/s/ David H. Stillman_____ | _____/s/ John J. Davis_____ |
| David H. Stillman, BBO #555554 | John J. Davis, BBO #115890 |
| 51 Mill Street, Suite 5 | Ten Winthrop Square |
| Hanover, MA 02339 | Boston, MA 02110 |
| (781) 829-1077 | (617) 350-0950 |

Dated: October 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of October, 2007.

 /s/    John J. Davis         
John J. Davis, BBO #115890
10 Winthrop Square
Boston, MA 02110
(617) 350-0950