UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEMMY OLUOKUN,<br>　　　Plaintiff,<br>v.<br><br>TOWN OF WEYMOUTH,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 04-12526-RCL |

**SPECIAL VERDICT OF JURY**

**I.   Discrimination Claim**

　　1.　　Did the Defendant, through its agents or employees, discriminate against the Plaintiff on the basis of his race/national origin while in Defendant's employ?

　　　　　　Yes _____　　　No_____

*If you have answered Question 1 "Yes," go to Question 2.  If you have answered Question 1 "No," go to Question 4.*

　　2.　　Did the Plaintiff suffer harm as a result of such discrimination?

　　　　　　Yes _____　　　No_____

　　3.　　If the answer to Question 2 is "Yes," what is the amount of money that will fairly and reasonably compensate the Plaintiff for the economic loss he has suffered?

　　　　　　_____ (numbers)

　　　　　　_____ (words)

**II.   Termination of Employment Claim**

　　4.　　Did the Defendant, through its agents or employees, discriminate against the Plaintiff on the basis of his race/national origin when it terminated his employment?

　　　　　　Yes _____　　　No_____

*If you have answered Question 4 "Yes," go to Question 5.*

5. Did the Plaintiff suffer harm as a result of such discrimination?

    Yes _____     No_____

6. If your answer to Question 5 is "Yes," what is the amount of damages that will fairly compensate the Plaintiff for his economic losses?

*Back Pay:*

_____ (numbers)

_____(words)

*Future or Front Pay:*

_____ (numbers)

_____(words)

7. What amount of money will fairly and adequately compensate the Plaintiff for his emotional distress, if any, caused by the Defendant's actions?

_____ (numbers)

_____(words)

8. What amount of money will fairly and adequately compensate the Plaintiff for financial damages, if any, caused by the Defendant's actions?

_____ (numbers)

_____(words)

*Punitive Damages*

9. Was the conduct of the Defendant, in discriminating against the Plaintiff, outrageous and a result of the Defendant's evil motive or reckless indifference to the rights of others, such that the conduct warrants condemnation and deterrence and the imposition of Punitive Damages?

    Yes _____     No_____

10. If you answer to Question 9 is "Yes," what amount of punitive damages should be imposed against The Town of Weymouth?

_____ (numbers)

_____(words)

_____                        _____
Date                                                                Foreperson