UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
LEMMY OLUOKUN,                    )
              Plaintiff,          )
                                  )
v.                                )        C.A. NO. 04-12526-RCL
                                  )
TOWN OF WEYMOUTH,                 )
              Defendant.          )
                                  )
```

## DEFENDANT'S PROPOSED SPECIAL VERDICT FORM

1. Did the defendant, Town of Weymouth, intentionally discriminate against the plaintiff on the basis of his race or national origin?

    Yes _____          No _____

**(If you answered "Yes" to Question No. 1, go to Question No. 2. If you answered "No" to Question No. 1, you have reached a verdict. The Foreperson should date and sign below.)**

2. Did the discriminatory conduct of the defendant, Town of Weymouth, cause injury or harm to the plaintiff?

    Yes _____          No _____

**(If you answered "Yes" to Question No. 2, go to Question No. 3. If you answered "No" to Question No. 2, you have reached a verdict. The Foreperson should date and sign below.)**

3. What sum do you find to be fair and reasonable compensation for the damages suffered by the plaintiff?

    $ _____
          (in figures)


    $ _____
          (in words)

*I certify that the foregoing are unanimous answers of the deliberating jury.*


_____                    _____
Date                                              Foreperson