UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LEMMY OLUOKUN<br>Plaintiff, | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>) | CIVIL ACTION<br>NO. 04-CV-12526 |
| THE TOWN OF WEYMOUTH<br>Defendant | )<br>)<br>)<br>)<br>)<br>) |  |

VERDICT FORM

1. Did the Town of Weymouth discriminate against the Mr. Oluokun on the basis of his race when it reduced his salary and terminated him?

        Yes_____      No ✓

*Please go to Question 2.*

2. Did the Town of Weymouth subject Mr. Oluokun to a racially hostile work environment while he was in the Town's employ?

        Yes_____      No ✓

*If you have answered Question 1 and/or Question 2 "Yes", please go to Question 3. If you have answered both Question 1 and Question 2 "No", please stop here.*

3. What is the amount of damages that will fairly compensate Mr. Oluokun for the harm caused by the Town of Weymouth?

        _____

*Please go to Question 4.*

4. If you find that unlawful conduct of the Town of Weymouth justifies an award of punitive damages, what amount do you award?

_____

_[signature]_
Foreperson

DATED: _November 7th_