UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>LEMMY OLUOKUN</u>**
       Plaintiff(s)

    v.                      CIVIL ACTION NO. **04-12526-RCL**

**<u>TOWN OF WEYMOUTH</u>**
       Defendant(s)

### JUDGMENT IN A CIVIL CASE

<u>LINDSAY, D.J.</u>

X  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Judgment for the defendant The Town of Weymouth.

Sarah A. Thornton, Clerk

Dated: November 8, 2007                /s/ Lisa M. Hourihan
                                       ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.

(judgciv.frm - 10/96)                                                                                        [jgm.]