UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC -7 P 4: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

LEMMY OLUOKUN

V.   CASE NO. 04-12526-RCL

TOWN OF WEYMOUTH

### NOTICE OF APPEAL

Notice is hereby given that **PLAINTIFF** above named, hereby appeals from the **Judgment** entered in the above entitled action on **November 8, 2007**

By the Court,

December 7, 2007
Date

~~Deputy Clerk~~
Pro-se.

Lemmy Olu Okun
Box 2914
Brockton, MA 02305

(Notice of Appeal.wpd - 12/98)