## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12526

Lemmy Oluokun

v.

Town of Weymouth

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28, 31-67

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  12/7/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 20, 2007.

Sarah A Thornton, Clerk of Court

By: _____

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __12|20|07__ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12526-RCL

Oluokun v. The Town of Weymouth
Assigned to: Judge Reginald C. Lindsay
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 12/01/2004
Date Terminated: 11/08/2007
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Lemmy Oluokun**                     represented by **David H. Stillman**
Stillman & Associates, P.C.
51 Mill Street
Hanover, MA 02339
781-829-1077
Fax: 781-829-2077
Email: dhs@stillmanlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Gallitano**
Attorney Joseph Gallitano & Associates

34 Main Street Extension
Suite 202
Plymouth, MA 02360
508-746-1500
Fax: 508-747-1150
Email: jrgassoc@adelphia.net
*TERMINATED: 06/19/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill E. Goodman**
Stillman & Associates, P.C.
51 Mill Street
Hanover, MA 02339
781-829-1077
Fax: 781-829-2077
Email: jeg@stillmanlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Town of Weymouth**                    represented by **Daniel G. Skrip**
                                            Pierce, Davis & Perritano, LLP
                                            Ten Winthrop Square
                                            Boston, MA 02110-1257
                                            617-350-0950
                                            Fax: 617-350-7760
                                            Email: dskrip@piercedavis.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **John J. Davis**
                                            Pierce, Davis & Perritano, LLP
                                            Ten Winthrop Square
                                            Boston, MA 02110-1257
                                            617-350-0950
                                            Fax: 617-350-7760
                                            Email: jdavis@piercedavis.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Mediator**

**Esq. James J. Marcellino**
*TERMINATED: 10/10/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2004 | 1 | COMPLAINT against The Town of Weymouth Filing fee: $ 150, receipt number 60543, filed by Lemmy Oluokun. (Attachments: # 1 Civil Cover Sheet)(Stanhope, Don) (Entered: 12/07/2004) |
| 12/01/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Stanhope, Don) (Entered: 12/07/2004) |
| 12/01/2004 |  | Summons Issued as to The Town of Weymouth. (Stanhope, Don) (Entered: 12/07/2004) |
| 12/27/2004 | 2 | SUMMONS Returned Executed The Town of Weymouth served on 12/14/2004, answer due 1/3/2005. (Stanhope, Don) (Entered: 12/30/2004) |
| 01/05/2005 | 3 | ANSWER to Complaint with Jury Demand by The Town of Weymouth. (Stanhope, Don) (Entered: 01/07/2005) |
| 01/10/2005 | 4 | NOTICE of Scheduling Conference Scheduling Conference set for 2/9/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 01/10/2005) |
| 02/07/2005 | 5 | JOINT STATEMENT re scheduling conference. (Stanhope, Don) (Entered: 02/08/2005) |

| 02/09/2005 | 6 | CERTIFICATION pursuant to Local Rule 16.1 by Lemmy Oluokun. (Stanhope, Don) (Entered: 02/09/2005) |
|---|---|---|
| 02/09/2005 | 7 | CERTIFICATION pursuant to Local Rule 16.1 by The Town of Weymouth.(Stanhope, Don) (Entered: 02/09/2005) |
| 02/09/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 2/9/2005. Automatic Disclosure due by 2/23/05. All Fact Discovery due by 10/1/05. Expert Designations due by 11/1/05. Expert Rebuttals due by 12/1/05. Close of All Discovery by 2/1/06. Dispositive Motions due by 3/1/06. Responses to Dispositive Motions due 3/22/06, or 21 days After Dispositive Motions are Filed. (Court Reporter none.) (Stanhope, Don) (Entered: 02/11/2005) |
| 09/20/2005 | 8 | Joint MOTION for Extension of Time to November 30, 2005 to Complete Discovery *and Amend Scheduling Order* by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 09/20/2005) |
| 09/21/2005 |  | Judge Reginald C. Lindsay : ElectronicORDER entered granting 8 Motion for Extension of Time to Complete Discovery Discovery due by 11/30/2005. (Hourihan, Lisa) (Entered: 09/21/2005) |
| 10/24/2005 | 9 | Joint MOTION for Extension of Time to December 30, 2005 to Complete depositions *Second Joint Motion* by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 10/24/2005) |
| 10/25/2005 |  | Judge Reginald C. Lindsay : ElectronicORDER entered granting 9 Motion for Extension of Time to complete fact discovery to 12/30/05. No further extensions will be allowed by the court. (Hourihan, Lisa) (Entered: 10/25/2005) |
| 12/16/2005 | 10 | Third MOTION for Extension of Time to January 30, 2006 to Complete Discovery *Joint Motion* by Lemmy Oluokun.(Gallitano, Joseph) (Entered: 12/16/2005) |
| 12/23/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered denying 10 Third MOTION for Extension of Time to January 30, 2006 to Complete Discovery Joint Motion by Lemmy Oluokun. (Lindsay, Reginald) (Entered: 12/23/2005) |
| 12/30/2005 | 11 | MOTION for Discovery *Defendant's Motion For Leave to Complete Plaintiff's Deposition* by The Town of Weymouth.(Davis, John) (Entered: 12/30/2005) |
| 12/30/2005 | 12 | CERTIFICATE OF CONSULTATION *Certification Pursuant to Local Rule 7.1* by John J. Davis on behalf of The Town of Weymouth. (Davis, John) (Entered: 12/30/2005) |
| 01/04/2006 | 13 | Opposition re 11 MOTION for Discovery *Defendant's Motion For Leave to Complete Plaintiff's Deposition* filed by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 01/04/2006) |
| 01/17/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 11 |

| | | Motion for Discovery (York, Steve) (Entered: 01/17/2006) |
|---|---|---|
| 01/17/2006 | 14 | Letter/request (non-motion) from Attorney Gallitano *to clarify order dated 1/17/06.* (Gallitano, Joseph) (Entered: 01/17/2006) |
| 06/15/2006 | 15 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 8/24/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay.(Hourihan, Lisa) (Entered: 06/15/2006) |
| 07/24/2006 | 16 | Joint MOTION to Continue *Final PreTrial Conference Date* by all parties.(Gallitano, Joseph) (Entered: 07/24/2006) |
| 07/25/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 16 Motion to Continue Pretrial Conference until after the mediation scheduled for 8/23/06 (Hourihan, Lisa) (Entered: 07/25/2006) |
| 08/18/2006 | 17 | Letter/request (non-motion) from Joseph R. Gallitano, Esq.. (Gallitano, Joseph) (Entered: 08/18/2006) |
| 08/21/2006 | 18 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 11/9/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay.(Hourihan, Lisa) (Entered: 08/21/2006) |
| 09/20/2006 | | ELECTRONIC NOTICE OF RESCHEDULING Pretrial Conference set for 11/8/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 09/20/2006) |
| 11/07/2006 | 19 | PRETRIAL MEMORANDUM by Lemmy Oluokun. (Attachments: # 1 Exhibit Stipulated Facts)(Gallitano, Joseph) (Entered: 11/07/2006) |
| 11/07/2006 | 20 | PRETRIAL MEMORANDUM by The Town of Weymouth. (Skrip, Daniel) (Entered: 11/07/2006) |
| 11/07/2006 | 21 | Proposed Document(s) submitted by The Town of Weymouth. Document received: Defendant's List of Difficult or Unusual Names. (Skrip, Daniel) (Entered: 11/07/2006) |
| 11/07/2006 | 22 | APPENDIX/EXHIBIT re 19 Pretrial Memorandum by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 11/07/2006) |
| 11/08/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay : Final Pretrial Conference held on 11/8/2006. Joseph Gallitano for the plaintiff. Daniel Skrip for the defendant. Trial estimate 4 days. Jury Trial set for 1/29/2007 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. Case to be referred to the Court mediation program. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 11/09/2006) |
| 11/08/2006 | 23 | Judge Reginald C. Lindsay : ORDER entered. REFERRING CASE to Alternative Dispute Resolution.(Hourihan, Lisa) (Entered: 11/09/2006) |
| 11/28/2006 | | ELECTRONIC NOTICE of assignment to ADR Provider. ADR Panel member James J. Marcellino, Esq. appointed. (Franklin, Yvonne) (Entered: 11/28/2006) |

| 11/28/2006 | ⌕ | ELECTRONIC NOTICE of ADR Conference. Alternative Dispute Resolution Hearing set for December 20, 2006 at 1:00 PM in Courtroom 7 before ADR Panel member James J. Marcellino, Esq.. Counsel and principals are directed to be present and have full settlement authority. A brief mediation memoranda should be submitted no later than five (5) business days prior to the mediation and sent directly to Attorney Marcellino C/O Sara C. Brine, Paralegal, McDermott, Will & Emery LLP, 28 State Street, Boston, MA 02109-1775.(Franklin, Yvonne) (Entered: 11/28/2006) |
|---|---|---|
| 11/28/2006 | ⌕ | ELECTRONIC NOTICE of assignment to ADR Provider. Counsel is directed to follow the mediation procedures sent by Attorney Marcellino's office. (Franklin, Yvonne) (Entered: 11/28/2006) |
| 01/09/2007 | ⌕24 | MOTION to Withdraw as Attorney by Lemmy Oluokun. (Attachments: # 1 Affidavit of Counsel)(Gallitano, Joseph) (Entered: 01/09/2007) |
| 01/09/2007 | ⌕25 | CERTIFICATE of Compliance pursuant to Local Rule 15.1(b) *re: Motion to Withdraw as Counsel* by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 01/09/2007) |
| 01/09/2007 | ⌕26 | MOTION to Continue Trial by Lemmy Oluokun.(Gallitano, Joseph) (Entered: 01/09/2007) |
| 01/09/2007 | ⌕27 | CERTIFICATE of Compliance pursuant to Local Rule 15.1(b) *re: Motion to Continue Trial* by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 01/09/2007) |
| 01/16/2007 | ⌕ | ELECTRONIC NOTICE of Hearing on Motion 24 MOTION to Withdraw as Attorney, 26 MOTION to Continue Trial: Motion Hearing set for 1/22/2007 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 01/16/2007) |
| 01/18/2007 | ⌕ | Counsel for the plaintiff Mr. Oluokun is ordered to have Mr. Oluokun present for the hearing on the motion to withdraw set for 1/22/07 at 2:30PM. (Hourihan, Lisa) (Entered: 01/18/2007) |
| 01/18/2007 | ⌕28 | CERTIFICATE OF SERVICE by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 01/18/2007) |
| 01/22/2007 | ⌕ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay : Motion Hearing held on 1/22/2007 re 24 MOTION to Withdraw as Attorney for Lemmy Oluokun. Joseph Gallitano for the plaintiff. Lemmy Oluokun appears. Daniel Skrip and John Davis for the defendant. Affidavit of Lemmy Oluokun filed under seal. Letter from Joseph Gallitano filed under seal. Court informs the parties that their case will not be reached on 1/29/07. Court requests that Mr. Gallitano assist Mr. Oluokun in obtaining new counsel. Counsel to submit a report to the Court by 2/12/07 re: status of new counsel. Court reserves ruling on motion to withdraw. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/23/2007) |
| 01/22/2007 | ⌕30 | Sealed Document. Affidavit of Lemmy Oluokun (Hourihan, Lisa) |

| | | (Entered: 01/23/2007) |
|---|---|---|
| 01/23/2007 | ●29 | Sealed Document. Letter to Judge Lindsay from Joseph Gallitano, Esq. dated 1/22/07 (Hourihan, Lisa) (Entered: 01/23/2007) |
| 02/12/2007 | ●31 | STATUS REPORT by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 02/12/2007) |
| 03/06/2007 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered denying 24 Motion to Withdraw as Attorney. The motion may be renewed if new counsel appears or the plaintiff declares the he will proceed pro se. (Hourihan, Lisa) (Entered: 03/06/2007) |
| 03/06/2007 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 26 Motion to Continue Trial Date (Hourihan, Lisa) (Entered: 03/06/2007) |
| 03/06/2007 | ● | Judge Reginald C. Lindsay : ELECTRONIC ENDORSEMENT re 31 Status Report filed by Lemmy Oluokun. Report Noted. The plaintiff must file a further status report not later than 3/14/07. (Hourihan, Lisa) (Entered: 03/06/2007) |
| 03/14/2007 | ●32 | STATUS REPORT *Second* by Lemmy Oluokun. (Gallitano, Joseph) (Entered: 03/14/2007) |
| 04/30/2007 | ● | Second Status Memo NOTED. New counsel for the plaintiff must file an appearance by 5/7/07 (Hourihan, Lisa) (Entered: 04/30/2007) |
| 05/01/2007 | ●33 | Letter/request (non-motion) from Attorney Joseph R. Gallitano *for second status conference*. (Gallitano, Joseph) (Entered: 05/01/2007) |
| 05/01/2007 | ● | ELECTRONIC NOTICE of Hearing : Status Conference set for 5/21/2007 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/01/2007) |
| 05/21/2007 | ● | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Status Conference held on 5/21/2007. Joseph Gallitano and Lemmy Oluokun for the plaintiff. John Davis for the defendant. Mr. Oluokun reports on his attempts to obtain new counsel. Mr. Gallitano reports that he will be able to try this case in the fall or that Mr. Oluokun will proceed pro se. Court sets trial for October 15, 2007 at 9:00AM. NO CONTINUANCES WILL BE ALLOWED BY THE COURT. If case does not go forward as scheduled, case will be dismissed. (Court Reporter None Present.) (Hourihan, Lisa) (Entered: 05/22/2007) |
| 05/21/2007 | ● | Set/Reset Hearings: Jury Trial set for 10/15/2007 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/22/2007) |
| 05/22/2007 | ●34 | STATUS Memo by Lemmy Oluokun. (York, Steve) (Entered: 05/22/2007) |
| 05/22/2007 | ●35 | THIRD STATUS MEMO by Lemmy Oluokun. (York, Steve) (Entered: 05/22/2007) |
| 06/18/2007 | ●36 | NOTICE of Appearance by Jill E. Goodman on behalf of Lemmy |

| | | |
|---|---|---|
| | | Oluokun (Goodman, Jill) (Entered: 06/18/2007) |
| 06/18/2007 | 37 | Second MOTION to Withdraw as Attorney *by Joseph R. Gallitano* by Lemmy Oluokun.(Gallitano, Joseph) (Entered: 06/18/2007) |
| 06/18/2007 | 38 | CERTIFICATE OF CONSULTATION re 37 Second MOTION to Withdraw as Attorney *by Joseph R. Gallitano*. (Gallitano, Joseph) (Entered: 06/18/2007) |
| 06/18/2007 | 39 | NOTICE of Withdrawal of Appearance by Joseph R. Gallitano (Gallitano, Joseph) (Entered: 06/18/2007) |
| 06/19/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 37 Motion to Withdraw as Attorney. (Hourihan, Lisa) (Entered: 06/19/2007) |
| 06/19/2007 | 40 | NOTICE of Appearance by David H. Stillman on behalf of Lemmy Oluokun (Stillman, David) (Entered: 06/19/2007) |
| 09/14/2007 | 41 | Disclosure --*Defendant's Pretrial Disclosures Pursuant to Rule 26(a)(3)* by The Town of Weymouth.(Skrip, Daniel) Modified on 9/26/2007 (York, Steve). (Entered: 09/14/2007) |
| 09/25/2007 | 42 | Disclosure --*Plaintiff's Pretrial Disclosures Pursuant to Rule 26(a)(3)* by Lemmy Oluokun.(Stillman, David) Modified on 9/26/2007 (York, Steve). (Entered: 09/25/2007) |
| 09/26/2007 | | Motions terminated: 41 Disclosure --*Defendant's Pretrial Disclosures Pursuant to Rule 26(a)(3)* filed by The Town of Weymouth, 42 Disclosure --*Plaintiff's Pretrial Disclosures Pursuant to Rule 26(a)(3)* filed by Lemmy Oluokun. ( These entries were incorrectly filed as motion and are not motions but are Disclosures ) (York, Steve) (Entered: 09/26/2007) |
| 09/27/2007 | 43 | Disclosure pursuant to Rule 26 by Lemmy Oluokun.(Stillman, David) (Entered: 09/27/2007) |
| 10/01/2007 | 44 | Objection to 43 Disclosure pursuant to Rule 26 by The Town of Weymouth. (Davis, John) (Entered: 10/01/2007) |
| 10/01/2007 | 45 | Objection by Lemmy Oluokun *to Defendant's Pretrial Disclosures*. (Stillman, David) (Entered: 10/01/2007) |
| 10/02/2007 | 46 | Disclosure pursuant to Rule 26 by Lemmy Oluokun.(Stillman, David) (Entered: 10/02/2007) |
| 10/05/2007 | 47 | MOTION in Limine *to Preclude the Testimony of Plaintiff's Witnesses, Peter Ammon and John Kratman* by The Town of Weymouth.(Davis, John) (Entered: 10/05/2007) |
| 10/05/2007 | | ELECTRONIC NOTICE OF RESCHEDULING - The Court is unable to reach this case on 10/15/07 due to another trial going forward.Jury Trial reset for 10/29/2007 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/05/2007) |
| 10/16/2007 | 48 | Objection to 46 Disclosure pursuant to Rule 26 by The Town of |

| | | |
|---|---|---|
| | | Weymouth *(Objection to Supplemental Disclosures of Plaintiff).* (Davis, John) (Entered: 10/16/2007) |
| 10/16/2007 | 49 | Amended Proposed Jury Instructions by The Town of Weymouth. (Davis, John) (Entered: 10/16/2007) |
| 10/25/2007 | 50 | Proposed Voir Dire by The Town of Weymouth. (Davis, John) (Entered: 10/25/2007) |
| 10/25/2007 | 51 | Proposed Voir Dire by Lemmy Oluokun. (Stillman, David) (Entered: 10/25/2007) |
| 10/26/2007 | 52 | Proposed Jury Instructions by Lemmy Oluokun. (Goodman, Jill) (Entered: 10/26/2007) |
| 10/27/2007 | 53 | STIPULATION re 19 Pretrial Memorandum *Revised Stipulated Facts* by The Town of Weymouth. (Davis, John) (Entered: 10/27/2007) |
| 10/28/2007 | 54 | MOTION in Limine *to Preclude Testimony Regarding Plaintiff's Medical Treatment* by The Town of Weymouth.(Davis, John) (Entered: 10/28/2007) |
| 10/29/2007 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : David Stillman and Jill Goodman for the plaintiff. John Davis for the defendant. Court hears arguments on pending motions in limine. Jury Selection held on 10/29/2007. Court adjourned until 10/30/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 10/30/2007) |
| 10/29/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 47 Motion in Limine (Hourihan, Lisa) (Entered: 10/30/2007) |
| 10/30/2007 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Jury Trial Day Two held on 10/30/2007. Hearing out of the presence of the jury regarding preliminary matters. Jury sworn. Preliminary instructions given to the jury. Plaintiff's opening statement. Defendant's opening statement. Plaintiff's evidence begins with the examination of Lemmy Oluokun. Court adjourned until 10/31/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 10/30/2007) |
| 10/31/2007 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Jury Trial Day Three held on 10/31/2007. Plaintiff's evidence continues with the cross-examination of Lemmy Oluokun; re-direct; re-cross. Examination of John Snodgrass; cross-examination; re-direct; re-cross. Court adjourned until 11/5/07 at 9:00AM. Charge conference set for 11/6/07 at 4:00PM (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 10/31/2007) |
| 10/31/2007 | | Set Hearings: Charge Conference set for 11/6/2007 04:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/31/2007) |
| 10/31/2007 | 55 | Proposed Jury Verdict by Lemmy Oluokun. (Goodman, Jill) (Entered: |

| | | |
|---|---|---|
| | | 10/31/2007) |
| 11/01/2007 | | ELECTRONIC NOTICE OF RESCHEDULINGJury Trial set for 11/5/2007 10:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (NOTE TIME CHANGE ONLY)(Hourihan, Lisa) (Entered: 11/01/2007) |
| 11/05/2007 | 59 | Proposed Jury Verdict by The Town of Weymouth. (Davis, John) (Entered: 11/05/2007) |
| 11/05/2007 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Jury Trial Day Four held on 11/5/2007. Plaintiff's evidence continues with the examination of James Limby; cross-examination; re-direct; re-cross. Plaintiff rests. Defendant moves for judgment as a matter of law. Court reserves ruling. Defendant's evidence begins with the examination of Jacob Leifman. Court adjourned until 11/6/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 11/05/2007) |
| 11/05/2007 | 60 | MOTION for Judgment as a Matter of Law by The Town of Weymouth. (Hourihan, Lisa) (Entered: 11/06/2007) |
| 11/06/2007 | 61 | Plaintiff's Opposition to 60 Defendants MOTION for Judgment as a Matter of Law filed by Lemmy Oluokun. (York, Steve) (Entered: 11/06/2007) |
| 11/06/2007 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Jury Trial Day Five held on 11/6/2007. Defendant's evidence continues with the examination of Jacob Leifman; cross-examination; re-direct; re-cross. Examination of Constance Thornton; cross-examination; re-direct. Examination of Kevin Bulman; cross-examination. Examination of David Leary. Examination of Doreen Teodorson. Examination of Basam Awad; cross-examination. Defendant rests. Defendant moves for judgment as a matter of law at the close of all the evidence. Court reserves ruling. Jury excused. Charge conference held. Court adjourned until 11/7/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 11/06/2007) |
| 11/06/2007 | 62 | Motion Judgment at the close of the Evidence by The Town of Weymouth.(York, Steve) (Entered: 11/06/2007) |
| 11/07/2007 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Jury Trial completed on 11/7/2007. Defendant's closing argument. Plaitniff's closing argument. Court charges the jury. Jury retires to deliberate. Jury returns with a verdict for the defendant. Verdict recorded. Exhibits returned to counsel. (Court Reporter D. Joyce/J. Gibbons.) (Hourihan, Lisa) (Entered: 11/08/2007) |
| 11/07/2007 | 63 | JURY VERDICT in favor of defendant against plaintiff. (Hourihan, Lisa) (York, Steve). (Entered: 11/08/2007) |
| 11/08/2007 | 64 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendant against plaintiff(Hourihan, Lisa) (Entered: 11/08/2007) |
| 11/16/2007 | 65 | TRANSCRIPT of Jury Trial Day Two (Testimony of Lemmy Oluokun) held on October 30, 2007 before Judge Linday. Court Reporter: Debra M. |

| | | |
|---|---|---|
| | | Joyce. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) Modified on 11/16/2007 (Scalfani, Deborah). (Entered: 11/16/2007) |
| 12/07/2007 | 66 | NOTICE OF APPEAL as to 64 Judgment by Lemmy Oluokun NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 12/27/2007. (York, Steve) (Entered: 12/10/2007) |
| 12/07/2007 | 67 | MOTION for Leave to Appeal by Lemmy Oluokun.(York, Steve) (Entered: 12/10/2007) |
| 12/13/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 67 Motion for Leave to Proceed in forma pauperis (York, Steve) (Entered: 12/13/2007) |