# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

04-12526
USDC/MA
Lindsay, R.

No. 08-1005
MADC No. 04-cv-12526

LEMMY OLUOKUN,
Appellant,

v.

WEYMOUTH, MA,
Appellee.

JUDGMENT
ENTERED: April 9, 2008
Pursuant to 1st Cir. R. 27.0(d)

On January 17, 2008 and February 26, 2008, this court issued orders directing the appellant to either pay the filing fees of $455.00 or to file a compliant request to proceed in forma pauperis before this court. This court notified appellant that failure to take any action could result in this appeal being dismissed in accordance with Local Rule 3.0(b).

A review of the district court docket does not reflect the payment of the filing fees nor has this court received a request to proceed in forma pauperis. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3.0(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/5/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Lemmy Oluokun
    John J. Davis
    Daniel G. Skrip